I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petr w/form (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-26-10

DEPUTY CLERK



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC DARNELL COOK,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES WALKER, WARDEN,<br><br>    Respondent. | Case No. CV 10-2990-R (MLG)<br><br>MEMORANDUM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND |

Petitioner, a California state prisoner, filed this petition for writ of habeas corpus on April 21, 2010. The petition suffers from the following deficiency:

- The petition form does not clearly set forth the facts or legal theories supporting petitioner's claim(s). In part 7 of the petition, on page 5, Petitioner lists two grounds for relief, which refer the Court to two memoranda of points and authorities filed in the Los Angeles County Superior Court and the California Supreme Court. This is not sufficient. Petitioner must assert all claims for relief in the body of Form CV-69. The Court is not required to root through Petitioner's prior pleadings to determine the claims for relief.

Based on the above-noted deficiency, the petition is DISMISSED with leave to amend. Petitioner may file a "First Amended Petition" not later than 21 days from the date of this order. To that end, the Clerk is instructed to send to petitioner with this order a copy of the latest version of form Civ 69 - Petition for Writ of Habeas Corpus by a Person in State Custody, pen-changed to reflect "First Amended" Petition. Petitioner is advised that any memorandum in support of the petition is limited to 20 pages. **Petitioner is further advised that if he fails to file a First Amended Petition in accordance with the requirements of this order, the action will be subject to dismissal without further notice.**

Dated: April 26, 2010

_____
Marc L. Goldman
United States Magistrate Judge