

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ERIC D. COOK,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>JAMES WALKER, WARDEN,<br><br>　　　　Respondent. | Case No.  CV 10-2990-R (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 14, 2010

_____
Manuel L. Real
United States District Judge

